UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FELEIGHSHA DONNALLA GRIFFIN,<br><br>      Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>      Defendant. | NO: 1:23-CV-3208-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand. ECF No. 7. The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 7) is **GRANTED**. This case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ) pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the Appeals Council will remand the case to an ALJ to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, re-evaluate Plaintiff's RFC, continue through the sequential evaluation process, to include obtaining vocational evidence, as necessary, and issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** March 8, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2