AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
Mar 08, 2024

for the
Eastern District of Washington

SEAN F. McAVOY, CLERK

FELEIGHSHA G.

    *Plaintiff*

v.

MARTIN O'MALLEY,
Commissioner of Social Security

    *Defendant*

Civil Action No. 1:23-CV-3208-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Pursuant to the Court's order at ECF No. 8, this case is REVERSED and REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ) pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 3/8/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
    *(By) Deputy Clerk*

Brian Molony